UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Mag. Judge Case No. MJ04-m-230JLA |
| ) | |
| GEORGE E. GRIFFIN, Jr. ) | |
| ) | |
| Defendant ) | |

### AFFIDAVIT IN SUPPORT OF ARREST

I, Jeffrey Christo, of the United States Marshal's Service, do hereby make oath before the Honorable Joyce London Alexander, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one George E. Griffin, Jr. on a petition for revocation filed in the District of Maine charging the defendant with violating the conditions of supervised release (18 U.S.C. § 3606), and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

_____
Jeffrey Christo

_____
U.S. Marshal's Service

Subscribed and sworn to before me this 28 day of May, 2004.

_____
Joyce London Alexander
United States Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

GEORGE E. GRIFFIN, JR.

WARRANT OF ARREST

CASE NUMBER: 02-CR-60-P-H

TO:   The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest GEORGE E. GRIFFIN, JR and bring him or her forthwith to the nearest magistrate to answer a Petition on Supervised Release charging him or her with:

Violation of Conditions of Supervised Release in violation of Title 18 United States Code, Section 3606



Matt Osterrieder
Name of Issuing Officer

A TRUE COPY
ATTEST William S. Brownell, Clerk
By _____
Deputy Clerk

Deputy Clerk
Title of Issuing Officer

Signature of Issuing Officer

25 May 2004, Portland, Maine
Date and Location

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |