# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE  X DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF | FOR
UNITED STATES V.S. Griffin | AT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)

1  X  Defendant – Adult
2  ☐  Defendant – Juvenile
3  ☐  Appellant
4  ☐  Probation Violator
5  ☐  Parole Violator
6  ☐  Habeas Petitioner
7  ☐  2255 Petitioner
8  ☐  Material Witness
9  ☐  Other

DOCKET NUMBERS
Magistrate: MJ04-M-230JLA
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box ►)   X Felony   ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed
Name and address of employer:
IF YES, how much do you earn per month? $ NA
IF NO, give month and year of last employment 4·04
How much did you earn per month? $ 1200
If married is your Spouse employed? ☐ Yes  ☒ No
IF YES, how much does your Spouse earn per month? $
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $         SOURCES

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No  IF YES, state total amount $

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE $         DESCRIPTION

**DEPENDENTS**
MARITAL STATUS: ✓ SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED
Total No. of Dependents:
List persons you actually support and your relationship to them:

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| APARTMENT OR HOME: | BANKNORTH GROUP (RESTITUTION) | $42,450 | $120 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 5-28-04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ►  [signature]