UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIM. CASE NO:
MJ04-M-230:001 JLA

GEORGE E. GRIFFIN, JR.
        Defendant

**ORDER ON**
**APPOINTMENT OF FEDERAL DEFENDER**

ALEXANDER, U.S.M.J.

On May 28, 2004, the defendant in the above-entitled action appeared before this Court upon a petition by the United States Probation Office for violations of Supervised Release. The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel, it is hereby ORDERED that attorney Owen Walker of the Federal Defender Office for the District of Massachusetts be appointed, effective as of May 28, 2004, to represent said defendant in this cause until further order of the Court.

    SO ORDERED.

JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE

BY THE COURT:
/S/ Rex Brown
Courtroom Clerk

May 28, 2004
Date