UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) CRIMINAL NO. MJ04-m-230JLA |
| | ) |
| **GEORGE E. GRIFFIN, Jr.** | ) |

### ORDER OF REMOVAL

The above-named defendant was arrested in the District of Massachusetts on May 28, 2004 by the U.S. Marshal's Service on an arrest warrant issued on May 25, 2004 by the United States District Court for the District of Maine.

At an initial appearance held before me on May 28, 2004, the defendant agreed that he is the person named in the petition for revocation and waived his right to an identity and removal hearing, and consented to an order removing him to the District of Maine.

**IT IS THEREFORE ORDERED** the defendant be, and hereby is, REMOVED to the District of Maine and, further, that the defendant appear before the United States District Court of the District of Maine at Portland when ordered to do so by that Court.

The Clerk is directed to send the original papers in this matter to the Clerk, United States District Court, District of Maine.

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS

Dated: May 28, 2004

1