

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02110
TELEPHONE: 617-748-9238

Tony Anastas
CLERK

June 29, 2004

Melody Montanese, Case Manager
The Honorable D. Brock Hornby, U.S. District Judge
Portland Courthouse
156 Federal Street
Portland, ME     04101

In Re: **USA v. GEORGE E. GRIFFIN, JR.**
MA:  MJ04-M-230 JLA
ME:  02-CR-60-P-H

Dear Clerk:

This court conducted Removal Proceedings in the above entitled case. Pursuant to Fed. R. Crim. Procedure 5. Please find the following documents:

X Certified Copy of Affidavit in Support of Arrest
X Certified Copy Financial Affidavit in Support of Request for Counsel
X Certified Copy of CJA-20 Order Appointing Counsel
X Certified Copy of Order of Removal
X Certified Copy of Order of Commitment to Another District
X Certified Copy of Docket

Please acknowledge receipt of the above on the copy of this letter provided and return to this office for filing.

Sincerely Yours,

/S/ Rex K. Brown
Courtroom Clerk
(617) 748-9238

Enclosures