AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| V. | |
| GEORGE GRIFFIN, JR. | |

FILED CLERKS OFFICE
2004 JUL -2 P 12: 53
U.S. DISTRICT COURT
DISTRICT OF MASS.

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 02-CR-60-P-H | MJ04-M-230 JLA | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment  ☐ Information  ☐ Complaint  X Other (specify) PETITION

charging a violation of  18  U.S.C. § 3606

**DISTRICT OF OFFENSE**
MAINE

**DESCRIPTION OF CHARGES:**

VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of
☐ Other (specify)

Representation:  ☐ Retained Own Counsel   X Federal Defender Organization   ☐ CJA Attorney   ☐ None
Interpreter Required?   X No   ☐ Yes   Language:

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| 5/28/04 | /S/ Joyce London Alexander |
|---|---|
| Date | Judge |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| [signature] John D. Barron | Cumberland Cty Jail | |
| DATE 6/30/04 | | |
| UNITED STATES MARSHAL Maine | (BY) DEPUTY MARSHAL [signature] John D. Barron | |